UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE AND CONSUMER DATA INDUSTRY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA in his official capacity as Director of the CFPB,<br><br>*Defendants*. | No. 4:25-cv-00016-SDJ |

**[PROPOSED] ORDER DENYING
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for a Preliminary Injunction, ECF No. 9. The Court, having considered the pleadings on file and the arguments of counsel, concludes:

1. Plaintiffs have not demonstrated a likelihood of success on the merits of their claims that the regulation promulgated by the Consumer Financial Protection Bureau, Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V) (Rule), 90 Fed. Reg. 3276 (Jan. 14, 2025), exceeds the Bureau's statutory authority;

2. Plaintiffs have not demonstrated that they are likely to suffer irreparable injury if the injunction is not granted; and

3. The balance of equities and the public interest weigh against enjoining the Rule.

It is therefore **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **DENIED**.

Dated: _____

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE