UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE, ET AL. | § § § |
| v. | §   CIVIL NO. 4:25-CV-16-SDJ § |
| CONSUMER FINANCIAL PROTECTION BUREAU, ET AL. | § § § |

## **ORDER**

Before the Court is Plaintiffs' Motion for a Preliminary Injunction. (Dkt. #9). Defendants have now appeared before this Court, (Dkt. #12, #15), and have responded to Plaintiffs' motion. (Dkt. #16). It is therefore **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is set for a hearing on **February 10, 2025, at 1:30 p.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas.

**So ORDERED and SIGNED this 23rd day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE