UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE AND CONSUMER DATA INDUSTRY ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and the Acting Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | No. 4:25-cv-00016-SDJ |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Upon consideration of Proposed Intervenors' motion to intervene in this litigation, it is hereby

**ORDERED** that Proposed Intervenors' motion is **GRANTED**; and it is further

**ORDERED** that Proposed Intervenors shall, within three days of the entry of this Order, file their Answer and any other previously filed proposed filings on the docket.

**SO ORDERED.**

Respectfully submitted:

/s/ *Jennifer S. Wagner*
Jennifer S. Wagner (admitted *pro hac vice*)
Chi Chi Wu (motion for admission *pro hac vice* forthcoming)
National Consumer Law Center
7 Winthrop Square
Boston, MA 02110
Ph: 617-542-8010
jwagner@nclc.org
cwu@nclc.org

Carla Sanchez-Adams
Texas Bar No. 24070552
National Consumer Law Center
1001 Connecticut Avenue, NW, Suite 510,
Washington, DC, 20036
Ph: 202-452-6252
Fax: 202-296-4062
csanchezadams@nclc.org

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2025, the foregoing document was filed on the Court's CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Jennifer S. Wagner*