UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE, ET AL. | § § § |
| v. | §   CIVIL NO. 4:25-CV-16-SDJ § |
| CONSUMER FINANCIAL PROTECTION BUREAU, ET AL. | § § § |

### ORDER

Before the Court is the parties' Joint Motion for Consent Judgment. (Dkt. #31). In the motion, the parties "jointly move for (i) the entry of a consent judgment as to Counts I, II, and III of the Complaint (ECF 1), and (ii) dismissal of all other claims in the complaint with prejudice, including those contained in Count IV." (Dkt. #31 at 1). The motion also notes that there is a pending motion to intervene before the Court. (Dkt. #31 at 5). In light of this filing and the outstanding motion to intervene, the Court finds that the preliminary-injunction hearing on May 12, 2025, should be cancelled and that the parties should supplement their positions on the motion to intervene.

It is therefore **ORDERED** that the hearing on Plaintiffs' Motion for a Preliminary Injunction, (Dkt. #24 at 2), is **CANCELLED**. The Court will reschedule this hearing if necessary.

It is further **ORDERED** that Plaintiffs and the Proposed Intervenors[1] may

---

[1] Proposed Intervenors include two non-profit organizations and two individuals. The non-profit organizations are the New Mexico Center on Law and Poverty and Tzedek DC. (Dkt. #26 at 7–8). The two individuals are Harvey Coleman and David Deeds. (Dkt. #26 at 8).

1

each file a supplement to their briefing on intervention. Any supplemental brief should not exceed ten pages and must be filed by **May 7, 2025**. Defendants may also file a brief concerning the pending motion to intervene, which is subject to the same deadline and page limits as the Plaintiffs' and Proposed Intervenors' supplemental briefs.

**So ORDERED and SIGNED this 30th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE