UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE and CONSUMER DATA INDUSTRY ASSOCIATION, § § § § § § § § § § § § | CIVIL NO. 4:25-cv-00016 |
| v. | |
| CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT in his official capacity as Acting Director of the CFPB | |

# ORDER

Before the Court is a Joint Motion to Grant Intervention, Further Delay the Effective Date of the Medical Debt Rule, and Set Briefing Schedule (Dkt. #33), filed by Plaintiffs Cornerstone Credit Union League and Consumer Data Industry Association, Defendants Consumer Financial Protection Bureau and Russell Vought, and Proposed Intervenors David Deeds, Harvey Coleman, Tzedek DC, and New Mexico Center on Law and Poverty.

Having considered the motion, it is **ORDERED** that Proposed Intervenors' Motion to Intervene (Dkt. #26) is **GRANTED**.

It is also hereby **ORDERED** that the effective date of the Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V), 90 Fed. Reg. 3276 (Jan. 14, 2025), is **STAYED** pursuant to 5 U.S.C. § 705 until 39 days after this Court rules on Plaintiffs' Motion for a Preliminary Injunction (Dkt. #9).

Intervenors are **ORDERED** to submit their responses to the pending Joint Motion to Approve Consent Judgment (Dkt. #31) and Plaintiffs' Motion for Preliminary Injunction (Dkt. #9) by May 21, 2025, or fourteen days after the date of this order (whichever is later).

Plaintiffs and Defendants are **ORDERED** to submit reply briefs in support of their Joint Motion to Approve Consent Judgment (Dkt. #31) and Plaintiffs' Motion for Preliminary Injunction (Dkt. #9) by May 30, 2025, or seven days after Intervenors' opposition (whichever is later).

It is further **ORDERED** that a hearing on Plaintiffs' and Defendants' Joint Motion to Approve Consent Judgment (Dkt. #31) and Plaintiffs' Motion for Preliminary Injunction (Dkt. #9) is scheduled for _____, at _____, at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas.

**So ORDERED and SIGNED** on this __ day of _____ .

                                                            _____
                                                            SEAN D. JORDAN
                                                            UNITED STATES DISTRICT JUDGE