IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE and CONSUMER DATA INDUSTRY ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT in his official capacity as Acting Director of the CFPB<br><br>Defendants. | No. 4:25-cv-00016-SDJ |

## ORDER

Before this Court is Defendant-Intervenors' Unopposed Motion for Leave to File Consolidated Twenty-Five Page Brief. (Dkt. #37.) After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the Defendant-Intervenors' Opposition to Joint Motion to Approve Consent Judgment and Plaintiffs' Motion for Preliminary Injunction (Dkt. #38) is deemed properly filed.

So ORDERED and signed this ___ day of _____, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE