IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE and CONSUMER DATA INDUSTRY ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT in his official capacity as Acting Director of the CFPB<br><br>Defendants. | No. 4:25-cv-00016-SDJ |

# [PROPOSED] ORDER & FINAL JUDGMENT

Before this Court is the Joint Motion for Entry of Consent Judgment submitted by Plaintiffs and Defendants (Dkt. #31) and Plaintiffs' Motion for Preliminary Injunction (Dkt. #9). Pursuant to Federal Rule of Civil Procedure 65, the Court has merged the merits of this matter with the pending Motions. (*See* Dkt. #36.)

Having considered the Motions, relevant submissions, applicable law, and the arguments of all parties (Plaintiffs, Defendants, and Defendant-Intervenors), the Court hereby **DENIES** the Motions.

Pursuant to this Court's May 5, 2025, Order (Dkt. #36), the Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V), 90 Fed. Reg. 3276 (Jan. 14, 2025), shall become effective on July 28,

2025.

All claims in the Complaint are hereby **DISMISSED** with prejudice. This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a)

So ORDERED and signed this ___ day of _____, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE