AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Cornerstone Credit Union League et al. )
*Plaintiff* )
v. ) Case No. 4:25-cv-00016-SDJ
Consumer Financial Protection Bureau et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae in Support of Proposed Intervenor-Defendants.

Date: 05/22/2025

*Attorney's signature*

Brian East 06360800
*Printed name and bar number*
2222 W. Braker Ln.
Austin, TX 78758

*Address*

beast@drtx.org
*E-mail address*

(512) 407-2718
*Telephone number*

(512) 454-3999
*FAX number*