# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE and CONSUMER DATA INDUSTRY ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT in his official capacity as Acting Director of the CFPB, <br><br> *Defendants*. | No. 4:25-cv-00016-SDJ |

## ORDER

The Court, having considered the Unopposed Motion for Leave to File Amici Curiae Brief of Disability Rights Texas, Justice in Aging, American Cancer Society Cancer Action Network, The Leukemia & Lymphoma Society, Small Business Majority, Community Catalyst, National Health Law Program, and Raise Texas, is here of the opinion that it should be, and hereby is, GRANTED. The proposed brief shall be accepted for filing in the above-captioned docket.