UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CORNERSTONE CREDIT UNION LEAGUE, ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:25-CV-16-SDJ |
| CONSUMER FINANCIAL PROTECTION BUREAU, ET AL. | § § § | |

## ORDER

Before the Court are Defendant-Intervenors' Unopposed Motion for Leave to File Consolidated Twenty-Five Page Brief, (Dkt. #37), and Amici Curiae's Unopposed Motion for Leave to File Brief, (Dkt. #40). After full consideration, the motions are **GRANTED**.

It is therefore **ORDERED** that Defendant-Intervenors' Opposition to Joint Motion to Approve Consent Judgment and Plaintiffs' Motion for Preliminary Injunction, (Dkt. #38), and Amici Curiae's Brief in Support of Defendant-Intervenors' Motion, (Dkt. #41), are deemed properly filed.

**So ORDERED and SIGNED this 23rd day of May, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE