# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**CORNERSTONE CREDIT UNION LEAGUE**

v.                                                    Case No. 4:25cv16

**CONSUMER FINANCIAL PROTECTION BUREAU ET AL**

PLAINTIFF: Jesse Smallwood, Eric Blankenstein, Alex More, Andrea Reed, Christopher Baldacci

DEFENDANT: Andrea Matthews

INTERVENORS: Jennifer Wagner, Chichi Wu, Carla Sanchez-Adams

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 6/11/2025.

**Motion Hearing**

| Time | Event |
|---|---|
| 1:07 pm | The Court called the case, noting the appearance of counsel and parties. |
| 1:13 pm | Mr. Smallwood for the Plaintiffs presents argument to the Court. |
| 1:43 pm | Ms. Matthews for CFPB presents argument to the Court. |
| 1:49 pm | Ms. Wagner for the Intervenors presents argument to the Court. |
| 2:54 pm | Mr. Smallwood responds. |
| 3:05 pm | Ms. Wagner replies. |
| 3:08 pm | Court and counsel discuss additional briefing. |

3:13 pm	Court adjourned.